WRIGHT, FINLAY & ZAK, LLP
Dana Johnathon Nitz, Esq.
Nevada Bar No. 0050
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher A.J. Smith, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 666-0632; Fax: (702) 946-1345
cswift@wrightlegal.net
Attorneys for Plaintiff,
*GMAT LEGAL TITLE TRUST 2013-1, U.S. BANK, NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GMAT LEGAL TITLE TRUST 2013-1, U.S. BANK, NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No.:  15CV-00518<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1 of the U.S. District Court Rules, the undersigned, Edgar C. Smith, Esq, .and Christopher A.J. Smith, Esq.., of the law firm of WRIGHT FINLAY & ZAK, LLP., as counsel of record for Plaintiff GMAT Legal Title Trust 2013-1, U.S. Bank, National, as Legal Title Trustee, hereby certifies that there are no other known interested parties other than those disclosed herein in this Certificate.

///

///

///

///

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Dated: October 19, 2015

WRIGHT, FINLAY & ZAK, LLP

_____
Christopher A.J. Smith, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 666-0632; Fax: (702) 946-1345
cswift@wrightlegal.net
*Attorney for Plaintiff, GMAT Legal Title Trust 2013-1, U.S. Bank National Association, As Legal Title Trustee*

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that I electronically served the foregoing **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

_____
An Employee of WRIGHT, FINLAY & ZAK, LLP