DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: darren.brenner@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Plaintiff GMAT Legal Title Trust,*
*2013-1, U.S. Bank, National Association,*
*as Legal Title Trustee*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GMAT LEGAL TITLE TRUST 2013-1, U.S. BANK, NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X; ROE CORPORATIONS I through X,<br><br>Defendants. | Case No.:   3:15-cv-00518-MMD-WGC<br><br>**SUBSTITUTION OF COUNSEL** |

The undersigned consents to the substitution of Darren T. Brenner, Esq. and Tenesa S. Scaturro, Esq. of the law firm AKERMAN LLP in place and stead of WRIGHT, FINLAY, & ZAK, LLP as its counsel in the above-entitled matter.

DATED this ___ day of July, 2016.

GMAT Legal Title Trust, 2013-1, U.S. Bank, National Association, as Legal Title Trustee

By: _____

Its:  General Counsel

1

1  Rock K. Jung, Esq. of WRIGHT, FINLAY, & ZAK, LLP consents to the substitution of Darren T. Brenner, Esq. and Tenesa S. Scaturro, Esq. of the law firm of AKERMAN LLP in his place and stead on behalf of Plaintiff GMAT Legal Title Trust, 2013-1, U.S. Bank, National Association, as Legal Title Trustee in the above-entitled matter.

DATED this \_\_\_ day of July, 2016

WRIGHT, FINLAY, & ZAK, LLP

_____
ROCK K. JUNG, ESQ.
Nevada Bar No. 10906
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff GMAT Legal Title Trust, 2013-1, U.S. Bank, National Association, as Legal Title Trustee*

Darren T. Brenner, Esq. and Tenesa S. Scaturro, Esq. of the law firm AKERMAN LLP consent to their substitution as counsel for Plaintiff GMAT Legal Title Trust, 2013-1, U.S. Bank, National Association, as Legal Title Trustee, in place and stead of Christopher Swift, Esq. of WRIGHT, FINLAY, & ZAK, LLP in the above-entitled matter.

DATED this 13th day of July, 2016

AKERMAN LLP

_____
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Plaintiff GMAT Legal Title Trust, 2013-1, U.S. Bank, National Association, as Legal Title Trustee*

**IT IS SO ORDERED**

Dated: July 18, 2016

_____
UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of July, 2016, and pursuant to FRCP 5, I served via CM/ECF a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL** to:

Rock K. Jung, Esq.
WRIGHT, FINLAY, & ZAK, LLP
Nevada Bar No. 11291
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
702-666-0632
Fax: 702-946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff GMAT Legal Title Trust, 2013-1, U.S. Bank, National Association, as Legal Title Trustee*


Jacqueline A. Gilbert
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
702-485-3300
Fax: 702-485-3301
jackie@kgelegal.com

*Attorneys for Defendant SFR Investments Pool 1, LLC*

/s/   Allen G. Stephens
An employee of AKERMAN LLP