DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC and WHITE LAKE RANCH ASSOCIATION,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Crossclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; JAIME A. VALDIVIA, an individual; NARCIZA M. IGLESIAS, an individual; and VICTOR BERNAL-ANGUIANO, an individual,<br><br>Counter/Crossdefendants. | Case No. 3:15-cv-00518-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF BRIEFING SCHEDULE ON BANK OF AMERICA, N.A.'S MOTION TO COMPEL THE DEPOSITION TESTIMONY OF GAYLE A. KERN, LTD., (ECF NO. 94) AND FOR EXTENSION OF DISPOSITIVE MOTION DEADLINES**<br><br>**(FIRST REQUEST)** |

/ / /

/ / /

/ / /

Plaintiff Bank of America, N.A. (**BANA**) Gayle A. Kern, Ltd., dba Kern & Associates, Ltd. (**Kern**), SFR Investments Pool 1, LLC, (**SFR**), and White Lake Ranch Association (**White Lake**) hereby stipulate and agree that Kern shall have up to and including November 19, 2018, to file its opposition to BANA's emergency motion to compel the deposition testimony of Gayle A. Kern, Ltd., which is currently due on October 19, 2018, pursuant to ECF No. 94. The parties also agree that BANA shall have up to and including November 30, 2018, to file its reply in support of its emergency motion to compel the deposition testimony of Gayle A. Kern, Ltd.

The parties request this extension to allow for additional time to discuss a possible resolution of the issues raised in the motion without the need for further court intervention; additionally, Kern's 30(b)(6) witness, Gayle Kern, Esq., is out of town until October 22, 2018, after which Kern's counsel, Karen Ayarbe, Esq., will be out of town until November 5, 2018.

The parties further stipulate to extend the dispositive motion deadline by 60 days from entry of an order on BANA's motion to compel.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

46665095;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this __16th__ day of October, 2018.

| **AKERMAN LLP**<br><br>__/s/ Jamie K. Combs_____<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | **LEACH KERN GRUCHOW ANDERSON SONG**<br><br>__/s/ Karen M. Ayarbe_____<br>KAREN M. AYARBE, ESQ.<br>Nevada Bar No. 3358<br>5421 Kietzke Lane, Suite 200<br>Reno, NV 89511<br><br>*Attorneys for Gayle A. Kern. Ltd., dba Kern & Associates, Ltd.* |
|---|---|
| **KIM GILBERT EBRON**<br><br>__/s/ Diana S. Ebron_____<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139-5974<br><br>*Attorneys for defendant, counter-claimant and cross-claimant SFR Investments Pool 1, LLC* | **TYSON & MENDES LLP**<br><br>*/s/ Margaret E. Schmidt*<br>THOMAS E. MCGRATH<br>Nevada Bar No. 7086<br>MARGARET E. SCHMIDT<br>Nevada Bar No. 12489<br>3960 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant White Lake Ranch Association* |

**ORDER**

**IT IS SO ORDERED:**

_William G. Cobb_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 17, 2018

46665095;1